E-FILED 12/12/13

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TAVIA LAWSON, | Case No. CV12-7517 PSG(JEMx) |
|---|---|
| Plaintiff, | **Order Regarding Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii)** |
| v. | |
| NORTHLAND GROUP, INC., | |
| Defendant. | |

**It is Hereby Ordered that:**

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this case is hereby dismissed with prejudice, with each side to bear its own fees and costs.

DATED: 12/12/13            By: _____
PHILIP S. GUTIERREZ
Honorable Philip S. Gutierrez